**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Wild Earth, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-1955691 | |

4.   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Suite LL-70<br>600 Park Offices Drive | P.O. Box 10202 |
| Durham, NC 27709<br>Number, Street, City, State & ZIP Code | Raleigh, NC 27605-1131<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Durham<br>County | **Location of principal assets, if different from principal place of business**<br>See attached Exhibit A<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | wildearth.com |

6.   **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Wild Earth, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2047

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| Debtor | Wild Earth, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Wild Earth, Inc.                                Case number (*if known*) _____
      Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 11, 2025
                MM / DD / YYYY

**X** /s/   Ryan Bethencourt                   Ryan Bethencourt
   Signature of authorized representative of debtor           Printed name

Title    Chief Executive Officer

---

**18. Signature of attorney**

**X** /s/ Laurie B. Biggs                Date    February 11, 2025
   Signature of attorney for debtor                   MM / DD / YYYY

Laurie B. Biggs 31845
Printed name

Biggs Law Firm PLLC
Firm name

9208 Falls of Neuse Road Suite 120
Raleigh, NC 27615
Number, Street, City, State & ZIP Code

Contact phone    (919) 375-8040       Email address    lbiggs@biggslawnc.com

31845 NC
Bar number and State

**Wild Earth, Inc.**

**Official Form 201-Voluntary Petition-EXHIBIT A**

**1.      Location of Principal assets:**

<u>Warehouse locations</u>

Fedex – Greenwood
700 Commerce Parkway West Drive
Suite B, Doors 16-33
Greenwood, Indiana  46143

Fedex
5885 Sierra Avenue, Suite 200
Fontana, CA  92336
(USA)

CenterPoint
11971
Grandview Road #C
Greenview, MO  64030

Inventel
240 West Pkwy
Pompton Plains, NJ 07444

Barrett Petfood International
1348 State Hwy 25
Brainerd, MN 56401

**Fill in this information to identify the case:**

Debtor name    Wild Earth, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 11, 2025        X /s/   Ryan Bethencourt
                                        Signature of individual signing on behalf of debtor

                                        Ryan Bethencourt
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Wild Earth, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ADM Animal Nutrition Attn: Officer, Mgr. or Agent 1000 North 30th Street Quincy, IL 62301 | | Trial production for kibble | | | | $258,928.92 |
| ADM Animal Nutrition Attn: Officer, Mgr. or Agent 1000 North 30th Street Quincy, IL 62301 | | | | | | $14,000.00 |
| AT One Ventures LP | | | | | | $550,377.69 |
| Barrett Petfood Innovation Attn: Officer, Mgr. or Agent 1348 State Hwy 25 Brainerd, MN 56401 | | Inventory supplies (bags, labels, pouches) | | | | $318,977.45 |
| Central Star Packaging Solutions LLC Attn: Officer, Mgr. or Agent 4901 S. 4th Street Leavenworth, KS 66048 | | Packaging (Defective) | Disputed | | | $88,406.87 |
| Climax Foods Inc. Attn:   Officer, Mgr. or Agent 2865 Seventh Street, Unit B Berkeley, CA 94710 | | Tenant security deposit | | | | $20,000.00 |

| Debtor | Wild Earth, Inc. | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Espresso Capital Ltd. Attn:  Officer, Mgr. or Agent 300-8 King Street East Toronto, Ontario, M5C 1B5 | | Chase Chase Bank of America Bank of America Shopify clearing   PayPal clearing Chewy, Inc. KeHE Petco United Natural Foods, Inc. Petco Finished goods Office equipment Patents - See Exhibit B Stripe clearing Digital assets Inventory supplies (bags, labels, pouches) wildearth.com; wildearthpets.com; wildearth.pet; rescuedogrunwaysho w.com; waginsider.com; https://cellvalleylab s.com/; cellvalley.org; wildearthfoods.co Raw materials | | $5,581,287.98 | $1,359,525.28 | $4,221,762.70 |
| FedEx 3PL Attn: Officer, Mgr. or Agent 3875 Airways, Module H3 Department 4634 Memphis, TN 38116 | | | | | | $276,774.19 |
| Felicis Side Fund V LP | | | | | | $27,518.88 |
| Gaingels Wild Earth 2023 LLC | | | | | | $88,610.81 |
| Greengang LLC | | | | | | $1,651,133.08 |
| Layfield USA Corporation Attn: Officer, Mgr. or Agent 10038 Marathon Parkway Lakeside, CA 92040 | | | | | | $80,025.14 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Wild Earth, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MNTN, Inc.<br>Attn: Officer, Mgr. or Agent<br>P.O. Box 92101<br>Las Vegas, NV 89193 | | | | | | $13,140.10 |
| Propeller Industries, LLC<br>Attn: Officer, Mgr. or Agent<br>One World Trade Center, FL21<br>285 Fulton Street<br><br>New York, NY 10007 | | Security Deposit to Propeller Industries (DE), LLC | | $11,159.91 | $10,300.00 | $859.91 |
| Sales Taxes<br>c/o Avalara, Inc.<br>Attn: Officer, Mrg. or Agent<br>255 S. King St., Ste 1200<br>Seattle, WA 98104 | | | | | | $35,195.33 |
| Seventh Street Property VIII, LLC<br>Attn: Officer, Mgr. or Agent<br>5858 Horton St., Ste 288<br>Emeryville, CA 94608 | | | | | | $3,040,636.70 |
| Triangle Tweener Fund, LP-B3 | | | | | | $110,075.54 |
| Vanguard Packaging<br>Attn: Officer, Mgr. or Agent<br>8800 NE Underground Drive<br>Kansas City, MO 64161 | | | | | | $16,832.00 |
| Ware2go, Inc.<br>Attn:   Officer, Mgr. or Agent<br>3535 Piedmont Rd, NE<br>Bldg 14, Ste. 1500<br>Atlanta, GA 30305 | | Finished goods | | $309,787.16 | $8,826.30 | $309,787.16 |
| Ziegler Distributor Inc<br>Attn: Officer, Mgr. or Agent<br>27 Lebanon Valley Pkwy<br>Lebanon, PA 17042 | | | | | | $11,705.60 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Wild Earth, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................... $        0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $     2,424,899.27

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $     2,424,899.27

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     5,902,235.05

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     37,714.90

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     6,685,512.22

4. **Total liabilities** ........................................................................................
Lines 2 + 3a + 3b

$     12,625,462.17

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        Wild Earth, Inc.

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Chase | Checking account | 6319 | $640,733.51 |
| 3.2. | Chase | Checking | 8654 | $50,384.38 |
| 3.3. | Bank of America | Checking | 6502 | $187,122.69 |
| 3.4. | Bank of America | Savings | 5882 | $2,979.87 |
| 3.5. | Chase | Savings | 6319 | $0.00 |
| **4.** | **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | Shopify clearing | | | $32,982.43 |

Debtor   Wild Earth, Inc.
_____
Name

Case number *(If known)* _____

| | | |
|---|---|---|
| 4.2. | PayPal clearing | $1,005.74 |
| 4.3. | Stripe clearing | $11,551.45 |
| 4.4. | Coinbase commerce | $31.22 |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$926,791.29

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit to Propeller Industries (DE), LLC | $10,300.00 |
| 7.2. | Security deposit for equipment lease with Farnam Street Financial Inc. | $16,865.00 |
| 7.3. | Security deposit to Research Triangle Foundation of NC - Landlord | $2,097.38 |
| 7.4. | Security deposit to Seventh Street Property VIII, LLC (BOA-Letter of credit) | $700,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$729,262.38

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    21,183.21    -    0.00   = ....    $21,183.21
                     face amount          doubtful or uncollectible accounts

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor     Wild Earth, Inc.                                    Case number *(If known)* _____
           Name

| 11a. 90 days old or less: | 10,080.00 | - | 0.00 | = .... | $10,080.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 21,577.21 | - | 0.00 | = .... | $21,577.21 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 34,505.20 | - | 0.00 | = .... | $34,505.20 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 7,036.00 | - | 0.00 | = .... | $7,036.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,472.65 | - | 0.00 | = .... | $1,472.65 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.          $95,854.27

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials**<br>Raw materials | | $0.00 | | $13,281.00 |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale**<br>Finished goods | | $0.00 | | $8,826.30 |
| Inventory | | $0.00 | | $334,607.74 |
| **22.** **Other inventory or supplies**<br>Inventory supplies (bags, labels, pouches) | | $0.00 | | $63,996.03 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   Wild Earth, Inc.                                    Case number *(If known)*
         Name

23. **Total of Part 5.**                                                          | $420,711.07 |

    Add lines 19 through 22.   Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.   Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.   Go to Part 8.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $0.00 | | $10,099.26 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                          | $10,099.26 |

    Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No.   Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

Debtor    Wild Earth, Inc.                                                    Case number *(If known)* _____
_____
Name

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Patents - See Exhibit B | $0.00 | | $142,181.00 |
| 61. | **Internet domain names and websites**<br>Digital assets | $0.00 | | $0.00 |
| | wildearth.com; wildearthpets.com; wildearth.pet; rescuedogrunwayshow.com; waginsider.com; https://cellvalleylabs.com/; cellvalley.org; wildearthfoods.co | $0.00 | | $100,000.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer lists consisting of names, addresses, names of pets, phone numbers | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**

| $242,181.00 |
|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Wild Earth, Inc.                                                    Case number *(If known)* _____
_____
Name

|  |  | **Current value of debtor's interest** |
|---|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Net Operating Losses - Federal and state          Tax year _____          Unknown

73.    **Interests in insurance policies or annuities**

Directors and Officers Policy                                                   Unknown

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Wild Earth, Inc.                                    Case number *(If known)* _____
           Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $926,791.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $729,262.38 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $95,854.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $420,711.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,099.26 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $242,181.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,424,899.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,424,899.27 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT B

Patents

| Country | Attorney Ref | Status | Appln No.: | Pat No. | Issue Date |
|---|---|---|---|---|---|
| US | WILD- General | Unfiled | | | |
| US | WILD-701-301CON | Abandoned | 16/133,619 | | |
| US | WILD-701-302CON2 | Issued | 16/406,801 | 10973242 | 4/13/2021 |
| US | WILD-701-303CON3 | Issued | 16/743,327 | 11259546 | 3/1/2022 |
| US | WILD-701-303CON4 | Published | 17/682,874 | | |
| WO | WILD-701-601PCT | Expired | PCT/US18/49202 | | |
| GB | WILD-701-601UK | Issued | 1816292.5 | GB2576790 | 10/14/2020 |

| Country | Attorney Ref | Status | Appln No.: | Pat No. | Issue Date |
|---|---|---|---|---|---|
| United State | WILD-701-302CON2 | Issued | 16/406,801 | 10973242 | 4/13/2021 |
| United State | WILD-701-302CON2 | Issued | 16/406,801 | 10973242 | 4/13/2021 |
| United State | WILD-701-302CON2 | Issued | 16/406,801 | 10973242 | 4/13/2021 |
| United State | WILD-701-302CON2 | Issued | 16/406,801 | 10973242 | 4/13/2021 |
| United State | WILD-701-303CON3 | Issued | 16/743,327 | 11259546 | 3/1/2022 |
| United State | WILD-701-303CON3 | Issued | 16/743,327 | 11259546 | 3/1/2022 |
| United State | WILD-701-303CON3 | Issued | 16/743,327 | 11259546 | 3/1/2022 |
| United State | WILD-701-303CON3 | Issued | 16/743,327 | 11259546 | 3/1/2022 |
| United State | WILD-701-303CON4 | Published | 17/682,874 | | |
| United Kingd | WILD-701-601UK | Issued | 1816292.5 | GB2576790 | 10/14/2020 |

**Fill in this information to identify the case:**

Debtor name __Wild Earth, Inc.__

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | Espresso Capital Ltd. | | $5,581,287.98 | $1,359,525.28 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
Chase; Chase; Bank of America; Bank of America; Shopify clearing ; PayPal clearing; Chewy, Inc.; KeHE; Petco; United Natural Foods, Inc.; Petco; Finished goods ; Office equipment; Patents - See Exhibit B; Stripe clearing; Digital assets; Inventory supplies (bags, labels, pouches); wildearth.com; wildearthpets.com; wildearth.pet; rescuedogrunwayshow.com; waginsider.com; https://cellvalleylabs.com/; cellvalley.org; wildearthfoods.co ; Raw materials

Attn:   Officer, Mgr. or Agent
300-8 King Street East
Toronto, Ontario, M5C 1B5
Creditor's mailing address

**Describe the lien**
First lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Espresso Capital Ltd.
2. Ware2go, Inc.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Espresso Capital Ltd. | | $0.00 | $334,607.74 |
|---|---|---|---|---|

Creditor's Name
Attn:   Officer, Mgr. or Agent
300-8 King Street East
Toronto, Ontario, M5C 1B5
Creditor's mailing address

Describe debtor's property that is subject to a lien
Inventory

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor __Wild Earth, Inc._____     Case number (if known) _____
　　　　　　Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.3 | Propeller Industries, LLC | **Describe debtor's property that is subject to a lien** | $11,159.91 | $10,300.00 |
|---|---|---|---|---|

Creditor's Name
Attn: Officer, Mgr. or Agent
One World Trade Center,
FL21
285 Fulton Street

__New York, NY 10007__
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Security Deposit to Propeller Industries (DE), LLC

_____
Creditor's email address, if known

**Describe the lien**
Security deposit
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.4 | Ware2go, Inc. | **Describe debtor's property that is subject to a lien** | $309,787.16 | $8,826.30 |
|---|---|---|---|---|

Creditor's Name
Attn:　Officer, Mgr. or Agent
3535 Piedmont Rd, NE
Bldg 14, Ste. 1500
Atlanta, GA 30305

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Finished goods

_____
Creditor's email address, if known

**Describe the lien**
Statutory Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $5,902,235.05 |
|---|

**Part 2:　List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor ___Wild Earth, Inc._____          Case number (if known) _____
           Name

**assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Rachel Stoian<br>Dorsey Whitney LLP<br>167 Hamilton Avenue, Suite 200<br><br>Palo Alto, CA 94301 | Line __2.1__ | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Wild Earth, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Delaware Division of Corporations<br>Attn:   Officer, Mgr. or Agent<br>P.O. Box 898<br>Dover, DE 19903 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>Franchise taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Durham Co. Tax Collector<br>Attn:   Officer, Manager or Agent<br>201 E. Main Street<br>Durham, NC 27701 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Notice purposes only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  Wild Earth, Inc.
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **2.4** | Priority creditor's name and mailing address<br>N.C. Department of Revenue<br>Office Services Division, Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice purposes only | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.5** | Priority creditor's name and mailing address<br>New York State<br>NYS Sales Tax Processing<br>PO Box 15172<br>Albany, NY 12212 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,519.57    $2,519.57 |
| | Date or dates debt was incurred<br>December 2024 | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.6** | Priority creditor's name and mailing address<br>Sales Taxes<br>c/o Avalara, Inc.<br>Attn: Officer, Mrg. or Agent<br>255 S. King St., Ste 1200<br>Seattle, WA 98104 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,195.33    $35,195.33 |
| | Date or dates debt was incurred<br>January 2025 | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>ADM Animal Nutrition<br>Attn: Officer, Mgr. or Agent<br>1000 North 30th Street<br>Quincy, IL 62301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $258,928.92 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Trial production for kibble_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address**<br>ADM Animal Nutrition<br>Attn: Officer, Mgr. or Agent<br>1000 North 30th Street<br>Quincy, IL 62301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor   Wild Earth, Inc. _____   Case number *(if known)* _____
          Name

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.00 |
|---|---|---|---|

Airgas USA, LLC
Attn:   Officer, Mgr. or Agent
P.O. Box 93500
Long Beach, CA 90809-3500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,666.66 |
|---|---|---|---|

American Kennel Club, Inc.
Attn: Officer, Mgr. or Agent
8051 Arco Corporate Dr, Ste 114
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550,377.69 |
|---|---|---|---|

AT One Ventures LP

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,781.92 |
|---|---|---|---|

Avalara, Inc.
Attn: Officer, Mgr. or Agent
255 S. King Street, Ste 1200
Seattle, WA 98104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318,977.45 |
|---|---|---|---|

Barrett Petfood Innovation
Attn: Officer, Mgr. or Agent
1348 State Hwy 25
Brainerd, MN 56401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Inventory supplies (bags, labels, pouches)

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,403.82 |
|---|---|---|---|

Berkley International, LLC
Attn: Officer, Mgr. or Agent
4007 Paramount Blvd, Unit 109
Lakewood, CA 90712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

Bottomless Co.
Attn: Officer, Mgr. or Agent
2810 N. Church Street
Wilmington, DE 19802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Wild Earth, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $834.05
Breeders Choice Pet Foods LLC
Attn: Officer, Mgr. or Agent
16321 East Arrow Highway
Irwindale, CA 91706

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,694.60
Centerpoint Warehousing
Attn: Officer, Mgr. or Agent
11971 Grandview Road
Grandview, MO 64030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,406.87
Central Star Packaging Solutions LLC
Attn: Officer, Mgr. or Agent
4901 S. 4th Street
Leavenworth, KS 66048

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Packaging (Defective)

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00
Chuck Latham Associates, Inc.
Attn: Officer, Mgr. or Agent
18403 Longs Way, Unit 102
Parker, CO 80134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Terminated lease

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,254.87
City of Berkeley
Attn: Officer, Mgr. or Agent
1947 Center Street
Berkeley, CA 94704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00
Climax Foods Inc.
Attn:   Officer, Mgr. or Agent
2865 Seventh Street, Unit B
Berkeley, CA 94710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Tenant security deposit

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,045.17
Ecomm Partners LLC
Attn: Officer, Mgr. or Agent
11971 Grandview Road #C
Grandview, MO 64030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

Debtor  Wild Earth, Inc.
_____
Name

Case number (if known) _____

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276,774.19 |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address
FedEx 3PL
Attn: Officer, Mgr. or Agent
3875 Airways, Module H3
Department 4634

Memphis, TN 38116

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$276,774.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
Felicis Side Fund V LP

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$27,518.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
Gaingels Wild Earth 2023 LLC

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$88,610.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
Greengang LLC

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,651,133.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
Jade Street Consulting Inc.
Attn: Officer, Mgr. or Agent
60 Twin River Drive
Oakdale, NY 11769

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$9,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
KCH Transportation Inc.
Attn: Officer, Mgr. or Agent
1208 King Street, Ste. 320
Chattanooga, TN 37403

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$6,398.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
Layfield USA Corporation
Attn: Officer, Mgr. or Agent
10038 Marathon Parkway
Lakeside, CA 92040

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$80,025.14**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

Debtor   Wild Earth, Inc.
_____   Case number (if known) _____
Name

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $397.50
Lehrman Beverage Law
Attn: Manager or Agent
2911 Hunter Mill Rd #303
Oakton, VA 22124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00
Livestock Labs

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Tenant security deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,994.57
Meta Platforms, Inc.
Attn: Officer, Mgr. or Agent
15161 Collection Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,140.10
MNTN, Inc.
Attn: Officer, Mgr. or Agent
P.O. Box 92101
Las Vegas, NV 89193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,500.00
Mventix Inc.
Attn: Officer, Mgr. or Agent
21600 Oxnard St., Ste 1700
Woodland Hills, CA 91367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $450.00
North River Enterprises LLC
Attn: Officer, Mgr. or Agent
P.O. Box 2287
Evergreen, CO 80437

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,363.96
PAXIO, Inc.
Attn: Officer, Mgr. or Agent
P.O. Box 8247
Emeryville, CA 94662

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Wild Earth, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00**

Performyard Inc.
Attn: Officer, Mgr. or Agent
4201 Wilson Blvd, #110420
Arlington, VA 22203

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,906.53**

PG&E
Attn: Officer, Mgr. or Agent
P.O. Box 997300
Sacramento, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,807.50**

Quatrro Business Support Svcs
Attn: Officer, Mgr. or Agent
1710 S. Amphlett Blvd, Ste 320
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$456.00**

Redwood Security Systems, Inc.
Attn: Officer, Mgr. or Agent
P.O. Box 1809
Mill Valley, CA 94942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,040,636.70**

Seventh Street Property VIII, LLC
Attn: Officer, Mgr. or Agent
5858 Horton St., Ste 288
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,414.03**

Storella & Witt, LLP
Attn: Officer, Mgr. or Agent
2625 Alcatraz Ave #197
Ste. A-015
Berkeley, CA 94705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110,075.54**

Triangle Tweener Fund, LP-B3

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Wild Earth, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,832.00 |
|---|---|---|---|

Vanguard Packaging
Attn: Officer, Mgr. or Agent
8800 NE Underground Drive
Kansas City, MO 64161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,785.12 |
|---|---|---|---|

Veolia WTS Services USA, Inc.
Attn: Officer, Mgr. or Agent
P.O. Box 742132
Los Angeles, CA 90074-2132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,578.45 |
|---|---|---|---|

Wilson Sonsini Goodrich and Rosati, PC
Attn: Officer, Mgr. or Agent
P.O. Box 742866
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

XELA Janitorial
Attn: Officer, Mgr. or Agent
1318 Chignahuapan Way
Roseville, CA 95747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $982.50 |
|---|---|---|---|

Zari Consulting Group, Inc.
Attn: Officer, Mgr. or Agent
755 Baywood Drive, 2nd Floor
Petaluma, CA 94954

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,705.60 |
|---|---|---|---|

Ziegler Distributor Inc
Attn: Officer, Mgr. or Agent
27 Lebanon Valley Pkwy
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

Debtor    Wild Earth, Inc.    Case number (if known) _____
         _____
         Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 37,714.90 |
| **5b. Total claims from Part 2** | 5b. + $ | 6,685,512.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 6,723,227.12 |

**Fill in this information to identify the case:**

Debtor name      Wild Earth, Inc.

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.      **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease | |
| | State the term remaining | June 2025 | Farnam Street Financial<br>Attn:   Officer, Mgr. or Agent<br>5850 Opus Pkwy, Suite 240<br>Hopkins, MN 55343 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Office lease - RTP | |
| | State the term remaining | $4,825.21 per month expiring August 2025 | |
| | List the contract number of any government contract | | Frontier |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | Expires May 2025 | |
| | List the contract number of any government contract | | Intercom |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Grocery broker contract | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Jade Street |

Debtor 1  Wild Earth, Inc.                                     Case number *(if known)* _____

      First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease of approx. 26,645 sq. ft. bldg located at 2865 Seventh Street , Berkeley, California | |
|---|---|---|---|
| | State the term remaining | Expires May 2028 | |
| | List the contract number of any government contract | | Seventh Street Property VIII, LLC |

**Fill in this information to identify the case:**

Debtor name _____Wild Earth, Inc._____

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |

Debtor name  Wild Earth, Inc.

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $590,000.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $7,581,782.18 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $10,655,189.77 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Wild Earth, Inc.    Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    See attached Exhibit C | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Seventh Street Property VIII, LLC v. Wild Earth, Inc., et al.<br>24CV092884 | Entry of default | Superior Court of California, County of Alameda<br>1221 Oak Street<br>Oakland, CA 94612 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    Perform Yard, Inc. v. Wild Earth, Inc. | Collection | Fairfax County General District Court<br>4110 Chain Bridge Road<br>Fairfax, VA 22030 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Wild Earth, Inc. _____   Case number *(if known)* _____

☒ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sherwood Partners, Inc.<br>3945 Freedom Circle, Suite 560<br>Santa Clara, CA 95054 | | | $37,500.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Biggs Law Firm PLLC<br>9208 Falls of Neuse Road<br>Suite 120<br>Raleigh, NC 27615 | | 12/9/2024 | $25,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor   Wild Earth, Inc.                                    Case number *(if known)*

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2865 7th Street Suite B Berkeley, CA 94710 | April 2019 to Spring 2023 |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

   Names, addresses, phone numbers, names of dogs

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

   ☒ No Go to Part 10.
   ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor   Wild Earth, Inc.                                             Case number *(if known)*

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

Debtor   Wild Earth, Inc.                                   Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Propeller Industries, LLC<br>One World Trade Center<br>285 Fulton Street<br>New York, NY 10007 | 2019 to present |
| 26a.2. | Scrubbed.net LLC<br>One Sansome Street<br>Suite 3500 PMB 6006<br>San Francisco, CA 94104 | 2017 to current (Tax accounts) |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Moss Adams LLP<br>P.O. Box 101822<br>Pasadena, CA 91189-1822 | 2021 - 2023 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Propeller Industries, LLC<br>One World Trade Center<br>285 Fulton Street<br>New York, NY 10007 | |
| 26c.2. | Scrubbed.net LLC<br>One Sansome Street<br>Suite 3500 PMB 6006<br>San Francisco, CA 94104 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    Wild Earth, Inc.    _____    Case number *(if known)*    _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.    Moss Adams LLP<br>P.O. Box 101822<br>Pasadena, CA 91189-1822 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Bethencourt | 3 Spreading Oak Court<br>Durham, NC 27713 | Officer, Shareholder, Director | 9.17% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Antony Evans | | Officer (Secretary-COO, Shareholder) | 1.34 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Liang-Yu Chi | 767 19th Avenue #2<br>San Francisco, CA 94121 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Ex. D for remaining shareholders | | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mariliis Holm | | Director | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Amy Trakinski | 165 West 91st Street, Apt 16B<br>New York, NY 10024 | Director | _____<br>__ to August 2024 |

Debtor   Wild Earth, Inc.                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jay Karandiker | 1430 5th Street, Apt 609<br><br>Santa Monica, CA 90401 | Director | |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|-----------------------------------------------------|-------|--------------------------------|
| 30.1. | Ryan Bethencourt<br>3 Spreading Oak Court<br>Durham, NC 27713 | $250,000.08 Wages and$600 cell phone reimbursement | 2024 | Wages & reimbursements |
| | **Relationship to debtor**<br>Officer (CEO), Director and shareholder | | | |
| 30.2. | Antony Evans | $250,000.08 wages and$600 cell phone reimbursement | 2024 | Wages and reimbursement |
| | **Relationship to debtor**<br>Officer (COO), director and shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Wild Earth, Inc.                                    Case number *(if known)*  _____

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ February 11, 2025 _____

/s/   Ryan Bethencourt                                    Ryan Bethencourt
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Exhibit C - Payments made in the last 90 days

| Vendor | total payments ( | Type | Address |
|---|---|---|---|
| Centerpoint Warehousing | -$8,431.01 | service | 11971 Grandview Road<br>Grandview MO 64030<br>United States |
| Kaiser Group | -$8,617.02 | service | P.O. Box 629028  EL Dorado Hills, CA 95762-9028 |
| Brown & Brown Insurance Services, Inc. | -$9,990.92 | service | P.O. Box 743061<br>Los Angeles CA 90074-3061<br>United States |
| Collings Nutrition Solutions | -$10,500.00 | service | 1086 Pebble Beach Drive<br>O'Fallon MO 63366<br>United States |
| Darkroast Design | -$10,822.50 | service | 61 Richmond<br>St Amherstburg Ontario N9V1G1<br>Canada |
| Tuffy's Pet Foods, Inc | -$10,903.22 | supplier | PO Box 190<br>Perham MN 56573<br>United States |
| Impact Tech Inc. | -$11,716.42 | service | 223 East De La Guerra Street<br>Santa Barbara CA 93101 |
| Research Triangle Foundation of NC | -$14,475.63 | rent | PO Box 12255<br>RTP NC 27709<br>United States |
| INFLUX INC. | -$14,985.00 | service | 8605 SANTA MONICA BLVD 63484<br>West Hollywood CA 90069<br>United States |
| Layfield USA Corporation | -$18,989.84 | supplier | 10038 Marathon Parkway<br>Lakeside CA 92040<br>United States |
| Anthem BC | -$19,576.39 | service | P.O. BOX 51011<br>Los Angeles CA 90051-5311 |
| FedEx Supply Chain | -$23,161.25 | service | PO Box 1940, Roanoke, TX 76262 United States |

| | | | |
|---|---|---|---|
| Amazon | -$25,557.30 | service | PO Box 84837<br>Seattle WA 98124 |
| jade street consulting inc. | -$27,000.00 | service | 60 Twin River Drive<br>Oakdale NY 11769<br>United States |
| KCH Transportation Inc | -$31,308.89 | service | 1208 King St Suite 320<br>Chattanooga TN 37403<br>United States |
| Shopify | -$38,181.88 | service | 51 O'Connor St<br>Ground Floor<br>Ottawa, ON K2P 2L8<br>Canada |
| Google | -$40,726.40 | service | 1600 Amphitheatre Parkway<br>Mountain View CA 94043 |
| Ag Alchemy | -$47,070.40 | supplier | 7009 South 108th st<br>LaVista NE 68128<br>United States |
| Barrett Petfood Innovation | -$70,256.25 | supplier | 1348 State Highway 25<br>Brainerd MN 56401<br>United States |
| Espresso Capital Ltd. | -$72,306.90 | line of credit | 8 King ST E<br>Suite 300<br>Toronto Ontario M5C 1B5<br>Canada |
| Meta Platforms, Inc. | -$73,620.67 | service | Atten: Accounts Receivable<br>15161 Collections Center Drive<br>Chicago IL 60693<br>United States |
| Avalara Inc | -$9,625.46 | service | 255 S. King St., Ste. 1200 Seattle, WA 98104 |
| Avalara Inc | -$105,886.41 | sales tax | 255 S. King St., Ste. 1200 Seattle, WA 98104 |
| BYLANE Agency, LLC | -$157,500.00 | service | 200 Forge Way<br>Rockaway NJ 07866<br>United States |

# Wild Earth Detailed Cap Table

EXHIBIT D SHAREHOLDERS

| Name | Outstanding Shares | Fully Diluted Shares | Outstanding Ownership | Fully Diluted Ownership |
|---|---|---|---|---|
| 100 Plus Capital LLC | 59,143 | 59,143 | 0.174% | 0.149% |
| 519 VC 36 LLC | 159,072 | 159,072 | 0.469% | 0.401% |
| Abril Estrada | 425,000 | 799,818 | 1.253% | 2.018% |
| Aera Climate & Frontier Fund | 147,859 | 147,859 | 0.436% | 0.373% |
| Alexander Payne Living Trust | 59,143 | 59,143 | 0.174% | 0.149% |
| Andrew and Sheila Hoffmann | 220,934 | 220,934 | 0.651% | 0.557% |
| Antony Evans | | 829,576 | 0.000% | 2.093% |
| Ari Wolff | 4,583 | 4,583 | 0.014% | 0.012% |
| Ariel Nessel | 118,287 | 118,287 | 0.349% | 0.298% |
| AT ONE VENTURES, L.P. | 5,067,925 | 5,067,925 | 14.936% | 12.787% |
| Babel Fund I, LP | 147,859 | 147,859 | 0.436% | 0.373% |
| Baleine & Bjorn Capital, LLC | 36,964 | 36,964 | 0.109% | 0.093% |
| Bitburger Ventures GmbH, registered at the Court of Wittlich under HRB 44471 | 736,429 | 736,429 | 2.170% | 1.858% |
| Blue Horizon Corporation | 295,718 | 295,718 | 0.872% | 0.746% |
| Christopher Hoffmann | 294,579 | 294,579 | 0.868% | 0.743% |
| Civilization Ventures, L.P. | 29,571 | 29,571 | 0.087% | 0.075% |
| COMPANION FUND I, LLC | 55,753 | 140,155 | 0.164% | 0.354% |
| Conocete Elephante LLC | 375,588 | 375,588 | 1.107% | 0.948% |
| Cory Wheat | | 20,000 | 0.000% | 0.050% |
| Dan McKinley | | 10,000 | 0.000% | 0.025% |
| David Barnett | 152,826 | 152,826 | 0.450% | 0.386% |
| David Jaffe | | 40,000 | 0.000% | 0.101% |
| Edward Lando | 36,964 | 36,964 | 0.109% | 0.093% |
| Ekam Sidana | | 20,000 | 0.000% | 0.050% |
| Elli Bock | 4,875 | 4,875 | 0.014% | 0.012% |
| Everhope Capital | 295,718 | 295,718 | 0.872% | 0.746% |
| Evolution VCP LLC | 33,140 | 33,140 | 0.098% | 0.084% |
| Felicis Side Fund V, L.P. | 17,150 | 17,150 | 0.051% | 0.043% |
| Felicis Ventures V, L.P. | 2,123,343 | 2,123,343 | 6.258% | 5.358% |
| FF Pathfinder VI, LLC | 118,287 | 118,287 | 0.349% | 0.298% |
| Florian Radke | 143,052 | 143,052 | 0.422% | 0.361% |
| Gaingels KS Wild Earth LLC | 544,234 | 544,234 | 1.604% | 1.373% |
| Gaingels Wild Earth LLC | 308,571 | 308,571 | 0.909% | 0.779% |

| | | | | |
|---|---|---|---|---|
| Grayson Hoffmann | 36,822 | 36,822 | 0.109% | 0.093% |
| Greenfang LLC | 2,209,342 | 2,209,342 | 6.511% | 5.575% |
| Gregory Bowman | | 2,500 | 0.000% | 0.006% |
| Haley Rayburn | | 8,000 | 0.000% | 0.020% |
| Hans Kunish | 71,610 | 71,610 | 0.211% | 0.181% |
| Humboldt Fund I, LP | 152,826 | 152,826 | 0.450% | 0.386% |
| Jacob Keller | 2,541 | 2,541 | 0.007% | 0.006% |
| James P Hoffmann | 294,579 | 294,579 | 0.868% | 0.743% |
| Jason Simon Living Trust u/a/d June 2, 2016 | 36,822 | 36,822 | 0.109% | 0.093% |
| Jenna Cameron | 4,687 | 4,687 | 0.014% | 0.012% |
| Jesse Ryan Leiter | 20,602 | 20,602 | 0.061% | 0.052% |
| Jude Gomila | 29,571 | 29,571 | 0.087% | 0.075% |
| Keith McCall | | 50,000 | 0.000% | 0.126% |
| Kristen Sinch | | 103,841 | 0.000% | 0.262% |
| Kristin Wuhrman | 115,104 | 115,104 | 0.339% | 0.290% |
| Kyle Schroeder | | 10,000 | 0.000% | 0.025% |
| Lameck H. Lukanga, as trustee of The Freedom of Joy Trust | 36,822 | 36,822 | 0.109% | 0.093% |
| Life Line Family Heritage Fund I, LP | 368,223 | 368,223 | 1.085% | 0.929% |
| LIONHEART WILD EARTH SPV I, a series of Assure Labs 2020, LLC | 191,033 | 191,033 | 0.563% | 0.482% |
| M Ventures Fund II, L.P. | 118,287 | 118,287 | 0.349% | 0.298% |
| M Ventures Fund II, LP | 61,948 | 63,952 | 0.183% | 0.161% |
| Mark H. Goldstein | 22,178 | 22,178 | 0.065% | 0.056% |
| Mark Joseph Beirl | 73,645 | 73,645 | 0.217% | 0.186% |
| MFAF IMPACT INVESTMENT FUND, LLC | 55,753 | 140,155 | 0.164% | 0.354% |
| Michael Dubin | | 25,000 | 0.000% | 0.063% |
| Michael May | 4,000 | 4,000 | 0.012% | 0.010% |
| New Protein Fund I LP | 736,448 | 736,448 | 2.170% | 1.858% |
| Nikita Michelsen | | 50,000 | 0.000% | 0.126% |
| Olivia Frieden | 3,000 | 3,000 | 0.009% | 0.008% |
| Pamela Smith | | 50,000 | 0.000% | 0.126% |
| Play Thru Ventures II, LLC | 73,644 | 73,644 | 0.217% | 0.186% |
| Priscilla Vu | 2,000 | 2,000 | 0.006% | 0.005% |
| Purple Orange Ventures GmbH | 154,871 | 159,883 | 0.456% | 0.403% |
| R/GA VENTURES VII, LLC | 12,389 | 95,387 | 0.037% | 0.241% |

| | | | | |
|---|---|---|---|---|
| Radical Investments LP | 1,214,195 | 1,214,195 | 3.578% | 3.064% |
| Ravion Cyrus | | 8,000 | 0.000% | 0.020% |
| Republic Deal Room GP, LLC | 318,776 | 318,776 | 0.939% | 0.804% |
| Rivendell Trust Company as Trustee of Rivendell 2018-004 | 414,005 | 414,005 | 1.220% | 1.045% |
| Ron Mullikin | | 10,000 | 0.000% | 0.025% |
| Ron Shigeta | 956,250 | 956,250 | 2.818% | 2.413% |
| Ryan Bethencourt | 1,700,000 | 4,229,208 | 5.010% | 10.671% |
| Sandeep H Patel | 36,823 | 36,823 | 0.109% | 0.093% |
| Sarah Cone | 36,964 | 36,964 | 0.109% | 0.093% |
| Schawei GmbH | 368,223 | 368,223 | 1.085% | 0.929% |
| Shalom Meckenzie | 382,067 | 382,067 | 1.126% | 0.964% |
| Shin Shin International Holding Ltd | 154,871 | 159,883 | 0.456% | 0.403% |
| Silicon Valley Community Foundation - Fund 5868 | 267,447 | 267,447 | 0.788% | 0.675% |
| Smith Family Ventures LLC | 33,140 | 33,140 | 0.098% | 0.084% |
| Steve Simitzis | | 158,097 | 0.000% | 0.399% |
| Stray Dog Capital, LLC | 549,196 | 549,196 | 1.619% | 1.386% |
| The Culford Trust | 8,837 | 8,837 | 0.026% | 0.022% |
| Thomas Nagy | | 25,000 | 0.000% | 0.063% |
| UC Wild, LLC | 375,588 | 375,588 | 1.107% | 0.948% |
| Uma Valeti | | 10,000 | 0.000% | 0.025% |
| Vectr Ventures Fund II, LP | 309,743 | 319,767 | 0.913% | 0.807% |
| VegInvest Trust | 9,687,725 | 9,888,253 | 28.550% | 24.950% |
| WIL Gaingels Fund I, a series of AngelList-GP-Funds-I, LP | 216,737 | 216,737 | 0.639% | 0.547% |
| Yvonne Wang | | 30,000 | 0.000% | 0.076% |
| Options and RSU's issued and outstanding Shares available for issuance under the plan | | 862,233 | | 2.176% |
| **Fully diluted shares** | | **39,632,556** | | **100.000%** |
| **Fully diluted ownership** | | **100.000%** | | |
| **Total Shares outstanding** | **33,931,901** | | **100.000%** | |
| **Percentage outstanding** | **100.000%** | | | |
| **Share Class Original Issue Price** | | | | |

# United States Bankruptcy Court
## Eastern District of North Carolina, Raleigh Division

In re    Wild Earth, Inc.                                    Case No.                      

                                        Debtor(s)                    Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| AT One Ventures LP | | | |
| See Exhibit D | | | |
| VegInvest Trust | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 11, 2025                        Signature   /s/ Ryan Bethencourt

                                                                 Ryan Bethencourt

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# Wild Earth Detailed Cap Table

EXHIBIT D SHAREHOLDERS

| Name | Outstanding Shares | Fully Diluted Shares | Outstanding Ownership | Fully Diluted Ownership |
|---|---|---|---|---|
| 100 Plus Capital LLC | 59,143 | 59,143 | 0.174% | 0.149% |
| 519 VC 36 LLC | 159,072 | 159,072 | 0.469% | 0.401% |
| Abril Estrada | 425,000 | 799,818 | 1.253% | 2.018% |
| Aera Climate & Frontier Fund | 147,859 | 147,859 | 0.436% | 0.373% |
| Alexander Payne Living Trust | 59,143 | 59,143 | 0.174% | 0.149% |
| Andrew and Sheila Hoffmann | 220,934 | 220,934 | 0.651% | 0.557% |
| Antony Evans | | 829,576 | 0.000% | 2.093% |
| Ari Wolff | 4,583 | 4,583 | 0.014% | 0.012% |
| Ariel Nessel | 118,287 | 118,287 | 0.349% | 0.298% |
| AT ONE VENTURES, L.P. | 5,067,925 | 5,067,925 | 14.936% | 12.787% |
| Babel Fund I, LP | 147,859 | 147,859 | 0.436% | 0.373% |
| Baleine & Bjorn Capital, LLC | 36,964 | 36,964 | 0.109% | 0.093% |
| Bitburger Ventures GmbH, registered at the Court of Wittlich under HRB 44471 | 736,429 | 736,429 | 2.170% | 1.858% |
| Blue Horizon Corporation | 295,718 | 295,718 | 0.872% | 0.746% |
| Christopher Hoffmann | 294,579 | 294,579 | 0.868% | 0.743% |
| Civilization Ventures, L.P. | 29,571 | 29,571 | 0.087% | 0.075% |
| COMPANION FUND I, LLC | 55,753 | 140,155 | 0.164% | 0.354% |
| Conocete Elephante LLC | 375,588 | 375,588 | 1.107% | 0.948% |
| Cory Wheat | | 20,000 | 0.000% | 0.050% |
| Dan McKinley | | 10,000 | 0.000% | 0.025% |
| David Barnett | 152,826 | 152,826 | 0.450% | 0.386% |
| David Jaffe | | 40,000 | 0.000% | 0.101% |
| Edward Lando | 36,964 | 36,964 | 0.109% | 0.093% |
| Ekam Sidana | | 20,000 | 0.000% | 0.050% |
| Elli Bock | 4,875 | 4,875 | 0.014% | 0.012% |
| Everhope Capital | 295,718 | 295,718 | 0.872% | 0.746% |
| Evolution VCP LLC | 33,140 | 33,140 | 0.098% | 0.084% |
| Felicis Side Fund V, L.P. | 17,150 | 17,150 | 0.051% | 0.043% |
| Felicis Ventures V, L.P. | 2,123,343 | 2,123,343 | 6.258% | 5.358% |
| FF Pathfinder VI, LLC | 118,287 | 118,287 | 0.349% | 0.298% |
| Florian Radke | 143,052 | 143,052 | 0.422% | 0.361% |
| Gaingels KS Wild Earth LLC | 544,234 | 544,234 | 1.604% | 1.373% |
| Gaingels Wild Earth LLC | 308,571 | 308,571 | 0.909% | 0.779% |

| | | | |
|---|---|---|---|
| Grayson Hoffmann | 36,822 | 36,822 | 0.109% | 0.093% |
| Greenfang LLC | 2,209,342 | 2,209,342 | 6.511% | 5.575% |
| Gregory Bowman | | 2,500 | 0.000% | 0.006% |
| Haley Rayburn | | 8,000 | 0.000% | 0.020% |
| Hans Kunish | 71,610 | 71,610 | 0.211% | 0.181% |
| Humboldt Fund I, LP | 152,826 | 152,826 | 0.450% | 0.386% |
| Jacob Keller | 2,541 | 2,541 | 0.007% | 0.006% |
| James P Hoffmann | 294,579 | 294,579 | 0.868% | 0.743% |
| Jason Simon Living Trust u/a/d June 2, 2016 | 36,822 | 36,822 | 0.109% | 0.093% |
| Jenna Cameron | 4,687 | 4,687 | 0.014% | 0.012% |
| Jesse Ryan Leiter | 20,602 | 20,602 | 0.061% | 0.052% |
| Jude Gomila | 29,571 | 29,571 | 0.087% | 0.075% |
| Keith McCall | | 50,000 | 0.000% | 0.126% |
| Kristen Sinch | | 103,841 | 0.000% | 0.262% |
| Kristin Wuhrman | 115,104 | 115,104 | 0.339% | 0.290% |
| Kyle Schroeder | | 10,000 | 0.000% | 0.025% |
| Lameck H. Lukanga, as trustee of The Freedom of Joy Trust | 36,822 | 36,822 | 0.109% | 0.093% |
| Life Line Family Heritage Fund I, LP | 368,223 | 368,223 | 1.085% | 0.929% |
| LIONHEART WILD EARTH SPV I, a series of Assure Labs 2020, LLC | 191,033 | 191,033 | 0.563% | 0.482% |
| M Ventures Fund II, L.P. | 118,287 | 118,287 | 0.349% | 0.298% |
| M Ventures Fund II, LP | 61,948 | 63,952 | 0.183% | 0.161% |
| Mark H. Goldstein | 22,178 | 22,178 | 0.065% | 0.056% |
| Mark Joseph Beirl | 73,645 | 73,645 | 0.217% | 0.186% |
| MFAF IMPACT INVESTMENT FUND, LLC | 55,753 | 140,155 | 0.164% | 0.354% |
| Michael Dubin | | 25,000 | 0.000% | 0.063% |
| Michael May | 4,000 | 4,000 | 0.012% | 0.010% |
| New Protein Fund I LP | 736,448 | 736,448 | 2.170% | 1.858% |
| Nikita Michelsen | | 50,000 | 0.000% | 0.126% |
| Olivia Frieden | 3,000 | 3,000 | 0.009% | 0.008% |
| Pamela Smith | | 50,000 | 0.000% | 0.126% |
| Play Thru Ventures II, LLC | 73,644 | 73,644 | 0.217% | 0.186% |
| Priscilla Vu | 2,000 | 2,000 | 0.006% | 0.005% |
| Purple Orange Ventures GmbH | 154,871 | 159,883 | 0.456% | 0.403% |
| R/GA VENTURES VII, LLC | 12,389 | 95,387 | 0.037% | 0.241% |

| | | | | |
|---|---:|---:|---:|---:|
| Radical Investments LP | 1,214,195 | 1,214,195 | 3.578% | 3.064% |
| Ravion Cyrus | | 8,000 | 0.000% | 0.020% |
| Republic Deal Room GP, LLC | 318,776 | 318,776 | 0.939% | 0.804% |
| Rivendell Trust Company as Trustee of Rivendell 2018-004 | 414,005 | 414,005 | 1.220% | 1.045% |
| Ron Mullikin | | 10,000 | 0.000% | 0.025% |
| Ron Shigeta | 956,250 | 956,250 | 2.818% | 2.413% |
| Ryan Bethencourt | 1,700,000 | 4,229,208 | 5.010% | 10.671% |
| Sandeep H Patel | 36,823 | 36,823 | 0.109% | 0.093% |
| Sarah Cone | 36,964 | 36,964 | 0.109% | 0.093% |
| Schawei GmbH | 368,223 | 368,223 | 1.085% | 0.929% |
| Shalom Meckenzie | 382,067 | 382,067 | 1.126% | 0.964% |
| Shin Shin International Holding Ltd | 154,871 | 159,883 | 0.456% | 0.403% |
| Silicon Valley Community Foundation - Fund 5868 | 267,447 | 267,447 | 0.788% | 0.675% |
| Smith Family Ventures LLC | 33,140 | 33,140 | 0.098% | 0.084% |
| Steve Simitzis | | 158,097 | 0.000% | 0.399% |
| Stray Dog Capital, LLC | 549,196 | 549,196 | 1.619% | 1.386% |
| The Culford Trust | 8,837 | 8,837 | 0.026% | 0.022% |
| Thomas Nagy | | 25,000 | 0.000% | 0.063% |
| UC Wild, LLC | 375,588 | 375,588 | 1.107% | 0.948% |
| Uma Valeti | | 10,000 | 0.000% | 0.025% |
| Vectr Ventures Fund II, LP | 309,743 | 319,767 | 0.913% | 0.807% |
| VegInvest Trust | 9,687,725 | 9,888,253 | 28.550% | 24.950% |
| WIL Gaingels Fund I, a series of AngelList-GP-Funds-I, LP | 216,737 | 216,737 | 0.639% | 0.547% |
| Yvonne Wang | | 30,000 | 0.000% | 0.076% |
| Options and RSU's issued and outstanding Shares available for issuance under the plan | | 862,233 | | 2.176% |
| **Fully diluted shares** | | **39,632,556** | | **100.000%** |
| **Fully diluted ownership** | | **100.000%** | | |
| **Total Shares outstanding** | **33,931,901** | | **100.000%** | |
| **Percentage outstanding** | **100.000%** | | | |
| **Share Class Original Issue Price** | | | | |

# United States Bankruptcy Court
## Eastern District of North Carolina, Raleigh Division

In re    Wild Earth, Inc.                      Case No. _____

                                    Debtor(s)             Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    February 11, 2025 _____          /s/ Ryan Bethencourt _____

                                               Ryan Bethencourt/Chief Executive Officer
                                               Signer/Title

ADM ANIMAL NUTRITION
ATTN: OFFICER, MGR. OR AGENT
1000 NORTH 30TH STREET
QUINCY, IL 62301

AIRGAS USA, LLC
ATTN: OFFICER, MGR. OR AGENT
P.O. BOX 93500
LONG BEACH, CA 90809-3500

AMERICAN KENNEL CLUB, INC.
ATTN: OFFICER, MGR. OR AGENT
8051 ARCO CORPORATE DR, STE 114
RALEIGH, NC 27617

AT ONE VENTURES LP

AVALARA, INC.
ATTN: OFFICER, MGR. OR AGENT
255 S. KING STREET, STE 1200
SEATTLE, WA 98104

BARRETT PETFOOD INNOVATION
ATTN: OFFICER, MGR. OR AGENT
1348 STATE HWY 25
BRAINERD, MN 56401

BERKLEY INTERNATIONAL, LLC
ATTN: OFFICER, MGR. OR AGENT
4007 PARAMOUNT BLVD, UNIT 109
LAKEWOOD, CA 90712

BOTTOMLESS CO.
ATTN: OFFICER, MGR. OR AGENT
2810 N. CHURCH STREET
WILMINGTON, DE 19802

BREEDERS CHOICE PET FOODS LLC
ATTN: OFFICER, MGR. OR AGENT
16321 EAST ARROW HIGHWAY
IRWINDALE, CA 91706

CENTERPOINT WAREHOUSING
ATTN: OFFICER, MGR. OR AGENT
11971 GRANDVIEW ROAD
GRANDVIEW, MO 64030

CENTRAL STAR PACKAGING
SOLUTIONS LLC
ATTN: OFFICER, MGR. OR AGENT
4901 S. 4TH STREET
LEAVENWORTH, KS 66048

CHUCK LATHAM ASSOCIATES, INC.
ATTN: OFFICER, MGR. OR AGENT
18403 LONGS WAY, UNIT 102
PARKER, CO 80134

CITY OF BERKELEY
ATTN: OFFICER, MGR. OR AGENT
1947 CENTER STREET
BERKELEY, CA 94704

CLIMAX FOODS INC.
ATTN:  OFFICER, MGR. OR AGENT
2865 SEVENTH STREET, UNIT B
BERKELEY, CA 94710

DELAWARE DIVISION OF
CORPORATIONS
ATTN:  OFFICER, MGR. OR AGENT
P.O. BOX 898
DOVER, DE 19903

DURHAM CO. TAX COLLECTOR
ATTN:  OFFICER, MANAGER OR
AGENT
201 E. MAIN STREET
DURHAM, NC 27701

ECOMM PARTNERS LLC
ATTN: OFFICER, MGR. OR AGENT
11971 GRANDVIEW ROAD #C
GRANDVIEW, MO 64030

ESPRESSO CAPITAL LTD.
ATTN:  OFFICER, MGR. OR AGENT
300-8 KING STREET EAST TORONTO,
ONTARIO,

FARNAM STREET FINANCIAL
ATTN:  OFFICER, MGR. OR AGENT
5850 OPUS PKWY, SUITE 240
HOPKINS, MN 55343

FEDEX 3PL
ATTN: OFFICER, MGR. OR AGENT
3875 AIRWAYS, MODULE H3
DEPARTMENT 4634
MEMPHIS, TN 38116

FELICIS SIDE FUND V LP

FRONTIER

GREENGANG LLC

INTERCOM

GAINGELS WILD EARTH 2023 LLC

JADE STREET

JADE STREET CONSULTING INC.
ATTN: OFFICER, MGR. OR AGENT
60 TWIN RIVER DRIVE
OAKDALE, NY 11769

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

LAYFIELD USA CORPORATION
ATTN: OFFICER, MGR. OR AGENT
10038 MARATHON PARKWAY
LAKESIDE, CA 92040

KCH TRANSPORTATION INC.
ATTN: OFFICER, MGR. OR AGENT
1208 KING STREET, STE. 320
CHATTANOOGA, TN 37403

LEHRMAN BEVERAGE LAW
ATTN: MANAGER OR AGENT
2911 HUNTER MILL RD #303
OAKTON, VA 22124

MNTN, INC.
ATTN: OFFICER, MGR. OR AGENT
P.O. BOX 92101
LAS VEGAS, NV 89193

NEW YORK STATE
NYS SALES TAX PROCESSING
PO BOX 15172
ALBANY, NY 12212

PERFORMYARD INC.
ATTN: OFFICER, MGR. OR AGENT
4201 WILSON BLVD, #110420
ARLINGTON, VA 22203

QUATRRO BUSINESS SUPPORT SVCS
ATTN: OFFICER, MGR. OR AGENT
1710 S. AMPHLETT BLVD, STE 320
SAN MATEO, CA 94402

SALES TAXES
ATTN: OFFICER, MRG. OR AGENT
C/O AVALARA, INC. 255 S. KING ST.,
STE 1
SEATTLE, WA 98104

TRIANGLE TWEENER FUND, LP-B3

WARE2GO, INC.
ATTN:  OFFICER, MGR. OR AGENT
3535 PIEDMONT RD, NE BLDG 14,
STE. 1500
ATLANTA, GA 30305

ZARI CONSULTING GROUP, INC.
ATTN: OFFICER, MGR. OR AGENT
755 BAYWOOD DRIVE, 2ND FLOOR
PETALUMA, C

LIVESTOCK LABS

MVENTIX INC.
ATTN: OFFICER, MGR. OR AGENT
21600 OXNARD ST., STE 1700
WOODLAND HILLS, CA 91367

NORTH RIVER ENTERPRISES LLC
ATTN: OFFICER, MGR. OR AGENT
P.O. BOX 2287
EVERGREEN, CO 80437

PG&E
ATTN: OFFICER, MGR. OR AGENT
P.O. BOX 997300
SACRAMENTO, CA 95899-7300

RACHEL STOIAN
DORSEY WHITNEY LLP
167 HAMILTON AVENUE, SUITE 200
PALO ALTO, CA 94301

SEVENTH STREET PROPERTY VIII,
LLC
ATTN: OFFICER, MGR. OR AGENT
5858 HORTON ST., STE 288
EMERYVILLE, CA 94608

VANGUARD PACKAGING
ATTN: OFFICER, MGR. OR AGENT
8800 NE UNDERGROUND DRIVE
KANSAS CITY, MO 64161

WILSON SONSINI GOODRICH AND
ROSATI, PC
ATTN: OFFICER, MGR. OR AGENT
P.O. BOX 742866
LOS ANGELES, CA 90074

ZIEGLER DISTRIBUTOR INC
ATTN: OFFICER, MGR. OR AGENT
27 LEBANON VALLEY PKWY
LEBANON, PA 17042

META PLATFORMS, INC.
ATTN: OFFICER, MGR. OR AGENT
15161 COLLECTION CENTER DR
CHICAGO, IL 60693

N.C. DEPARTMENT OF REVENUE
OFFICE SERVICES DIVISION,
BANKRUPTCY UNI
P.O. BOX 1168
RALEIGH, NC 27602-1168

PAXIO, INC.
ATTN: OFFICER, MGR. OR AGENT
P.O. BOX 8247
EMERYVILLE, CA 94662

PROPELLER INDUSTRIES, LLC
ATTN: OFFICER, MGR. OR AGENT
ONE WORLD TRADE CENTER, FL21
285 FULTON
NEW YORK, NY 10007

REDWOOD SECURITY SYSTEMS, INC.
ATTN: OFFICER, MGR. OR AGENT
P.O. BOX 1809
MILL VALLEY, CA 94942

STORELLA & WITT, LLP
ATTN: OFFICER, MGR. OR AGENT
2625 ALCATRAZ AVE #197 STE. A-015
BERKELEY, CA 94705

VEOLIA WTS SERVICES USA, INC.
ATTN: OFFICER, MGR. OR AGENT
P.O. BOX 742132
LOS ANGELES, CA 90074-2132

XELA JANITORIAL
ATTN: OFFICER, MGR. OR AGENT
1318 CHIGNAHUAPAN WAY
ROSEVILLE, CA 95747

# United States Bankruptcy Court
## Eastern District of North Carolina, Raleigh Division

In re  Wild Earth, Inc.

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Wild Earth, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

AT One Ventures LP

VegInvest Trust

☐ None [*Check if applicable*]

February 11, 2025

Date

/s/ Laurie B. Biggs

Laurie B. Biggs 31845

Signature of Attorney or Litigant
Counsel for   Wild Earth, Inc.

Biggs Law Firm PLLC
9208 Falls of Neuse Road Suite 120
Raleigh, NC 27615
(919) 375-8040  Fax:(919) 341-9942
lbiggs@biggslawnc.com